BEFORE THE FIRST DIVISION, DECEMBER 15, 1955

**No. 59549.**—Rohner Gehrig & Co., Inc. *v.* United States, protest 257132–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the drawback which was granted, $516.19, should amount to $658.86, when the liquidated duty for jewels is taken into consideration, the collector was directed to reliquidate the drawback entry accordingly.